In the United States District Court
District Of Columbia

Danny Amen Anderson Valentine Shabazz
**Petitioner**
**V.**
**Respondents**
David Passino, Sean Doyle, Pam Brown,
Lauren Hall, Bell Partners, RPM Living

Wire Fraud, Mail Fraud
Criminal Copyright Infringement

Case: 1:23−cv−01628
Assigned To : Unassigned
Assign. Date : 06/05/2023
Description: Pro Se Gen. Civ. (F−DECK)

**RECEIVED**

JUN  - 5  2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Danny Amen Anderson Valentine Shabazz
Petitioner
V.
Respondents
David Passino, Sean Doyle, Pam Brown,
Lauren Hall, Bell Partners, RPM Living

Wire Fraud, Mail Fraud
Criminal Copyright Infringement

**Allegations:**

THIS CASE HAS ALREADY BEEN LITIGATED ON NOVEMBER 8TH, 2022.
2. DAVID PASSINO WITHDREW THE WRIT OF POSSESSION WHICH STATED DISMISSED WITHOUT PREJUDICE.
3. THE COURTS CLERKS SAID ON NOVEMBER 10TH THAT WE DIDN'T NEED TO ATTEND THE HEARING.
4. WE REQUEST THE COURTS PULL THE PHONE CALL FOR NOVEMBER 10TH, 2022 EARLY MORNING BEFORE THE CASE BEGAN.
5. WE REQUEST THE COURT TO DISMISS THIS CASE.
6. WHEN WE SUBMITTED THE CASE, WE DIDN'T SUBMIT ALL THE DOCUMENTS. WE ALSO WROTE HIM A CHECK FOR 72,000 UNDER LAW.
7. WE ARE REQUESTING THE COURT RENEW THE LEASE AND RETURN OUR 307,000.00 PLUS 25,000.00 FROM BANK OF AMERICA.
8. THE COURT STATED WE CAN REQUEST RELIEF IN A COMPETENT RPM Living: The Irby Atlanta 47th and 7th LLC, Crates Inc. Forever I love America Networks.

**Actions**
**Registration Number / Date**
TX0009174416 / 2022-07-29
**Type of Work**

**Text**
**Title**
RPM Living: The Irby Atlanta 47th and 7th LLC, Crates Inc. Forever I love America Networks.
**Application Title**
RPM Living: The Irby Atlanta 47th and 7th LLC, Crates Inc. Forever I love America Networks.
**Date of Creation**
2021
**Date of Publication**
2021-08-21
**Copyright Claimant**
Danny Amen Valentine Shabazz, 1978- . Address: 65 Irby Ave, Atlanta, Georgia, 30305, United States.
Tracie Amen Valentine. Address: 65 irby Ave, 65 irby Ave, Atlanta, Georgia, 30305, United States.
**Authorship on Application**
Ace, pseud. of Danny Amen Valentine Shabazz, (author of pseudonymous work); 1978- Citizenship: United States. Authorship: text.
Pablo, pseud. of Tracie Valentine, (author of pseudonymous work); 1960- Citizenship: United States. Authorship: text.
**Basis of Claim**
text.
**Rights and Permissions**
Danny Amen Valentine Shabazz, Crates Inc., 65 Irby Ave, Atlanta, Georgia, 30305, United States, (470) 836-6336, (470) 836-6336, dannyacevalentine@gmail.com
**Pre-existing Material**
text, artwork.
**Description**
Electronic file (eService)
**Copyright Note**
C.O. correspondence.
**Nation of First Publication**
United States
**Names**
Valentine Shabazz, Danny Amen 1978-
Ace, pseud. 1978-
Valentine, Tracie 1960-
Pablo, pseud. 1960-
Valentine, Tracie AmenCOURT,
BUT MAGISTRATE SAID ON RECORD THEY DIDN'T HONOR FEDERAL COPYRIGHTS WHICH IS AGAINST THE LAW. SHIRA PERLMUTTER IS A
HARVARD TRAINED DIRECTOR AND DANNY IS ENROLLED TO START
SCHOOL FULL TIME. DAVID PASSINO IS PRACTICING MALFEASANCE

ON DANNY'S RESIDENCE, FAMILY AND QUALITY OF LIFE. HE IS ABUSING 30 YEARS OF DATA IN THE COURTS AND GEORGIA SUPREME HAS THE AUTHORITY TO IMPLEMENT THE LAW WHERE ERRORS AND INSIDER THREAT DEVELOPMENT OCCURS IN THE LEGAL FIELD.

Lauren Hall lied in open court that an accident didn't take place on August 26th. 2022 where an object fell on Danny's head and neck.  James Wyatt a Irby resident that the APD doesn't handle things correctly with the cameras available to them. The copyrights on Broadstone Henry LLC and the Irby are all PA employers as well as GA. Insider Threat Development and white supremacy is normal in these courtrooms after the deprivation under the color of law has been violations and Brady Violations.


/s/ Danny Amen Anderson Valentine Shabazz

## CERTIFICATE OF SERVICE

**Petitioner:**
**Danny Amen Anderson Valentine Shabazz   Civil Action Case Number**

**Respondents:**
David Passino, Sean Doyle, Pam Brown,
   Lauren Hall, Bell Partners, RPM Living


 **( Respondent) Civil Petition .**

**I Danny Amen  Anderson Valentine Shabazz ( Petitioner ) certifies that I have on this 6th day of June, 2023 have served a copy to the defendant's and attorney a**
 **by electronic mail.**
 **( Respondent) Civil Petition .**

**Service Provided.**
**Electronic service ( email): yes**
**U.S. Mail:**
**Hand Delivery:**
**"I certify that there is a prior agreement with dave@passinolaw.com**
   **) to allow documents in a PDF format sent via email to suffice for service."**
**Attorney for Respondent This 6th day of June, 2023**